## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## BATESVILLE DIVISION

**DENNIS CLOUGH and**
**RAMONA CLOUGH**                                                                    **PLAINTIFFS**

**vs.**                          **CASE NO. 1:08-CV-00053 BSM**

**COUNTRYWIDE HOME LOANS, INC.**                                        **DEFENDANT**

## ORDER OF DISMISSAL

It appearing that the parties to the captioned matter have settled and compromised their differences, it is hereby CONSIDERED, ORDERED, and ADJUDGED that the plaintiffs' complaint against defendant Countrywide Home Loans, Inc. should be and hereby is dismissed with prejudice.  The court shall retain jurisdiction of this matter after its dismissal with prejudice for the sole purpose of enforcement of the terms of the settlement between the parties.

IT IS SO ORDERED this 28th day October, 2009.

_____
DISTRICT COURT JUDGE

cc:

Kimberly Wood Tucker
WRIGHT, LINDSEY & JENNINGS LLP
200 West Capitol Avenue, Suite 2300
Little Rock, AR  72201

Luther Oneal Sutter
HARRILL & SUTTER, PLLC
310 West Conway Street
Benton, AR  72015

Tommy Thompson
MURPHY LAW FIRM
1141 East Main St., 3rd Floor
PO Box 2595
Batesville, AR  72503-2595